UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

(1) CAPTIONS OF ACTION

FULL NAME + NUMBER OF PRISONER PLANTIFF: JASON I. BAXTER 1DA3096

-Vs-

19 CV 6722L

NAMES OF DEFENDANTS: (1) PAUL PICCOLO    (2) TIMOTHY HEATH
(3) JOSEPH BRADLEY    (4) BART WAGNER
(5) ADAM DOLAWAY    (6) RICHARD GANTERT
(7) PETER SCHMITT    (8) K. MOORE
(9) C. GIRIBALDI    (10) JAMES ESGROW
(11) BRANDON COONS    (12) J. KITTs
(13) R. STROMAN    (14) E. BUTLER
(15) L. BUTLER    (16) E. THATCHER
(17) R. KENNELL    (18) JOHN DOE
(19) JANE DOE

STATEMENT OF JURISDICTION

THIS CIVIL ACTION SEEKS RELIEF AND/OR DAMAGES TO DEFEND AND PROTECT THE RIGHTS GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES. THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C. § 1983, THIS COURT HAS JURISDICTION OVER THE ACTION PURSUANT TO: 28 U.S.C §§ 1331, 1343(3) AND (4) AND 2201.

DEFENDANT INFORMATIONS: NAME - OFFICIAL POSITION: SUPERINTENDENT - P. PICCOLO

DEPUTY SUPERINTENDENT SECURITY - T. HEATH / CAPTAIN - J. BRADLEY / CAPTAIN - B. WAGNER

LIEUTENANT - R. GANTERT / SERGEANT - A. DELAWAY / SERGEANT - P. SCHMITT / SERGEANT GIRIBALDI

SERGEANT - K. MOORE / COMMISSIONER OF HEARING(S) J. ESGROW / C.O. - B. COON

C.O. - R. STROMAN / C.O. - L. BUTLER / C.D. - E. BUTLER / C.D. E. THATCHER / C.D. - R. KENNELL

C.D. J. KITTS / JOHN DOE / JANE DOE /

DEFENDANTS IS SUED IN: X INDIVIDUAL AND/OR _____ OFFICIAL CAPACITY

ADDRESS OF DEFENDANTS: SOUTHPORT CORRECTIONAL FACILITY: 236 BOB
MASIA DRIVE, P.O. BOX - 2000, PINE CITY
NEW YORK   14871-2000

## PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

(A) - HAVE YOU BEGUN ANY OTHER LAWSUITS IN STATE OR FEDERAL COURT
WITH THE SAME FACTS INVOLVED IN THIS ACTION? X YES ___ NO

IF YES, COMPLETE THE NEXT SECTION: (1) NAMES OF THE PARTIES TO
THIS OTHER LAWSUIT, PLAINTIFF(S): JASON I. BAXTER
DEFENDANT(S): ALL SUPRA

(2)  COURT - UNITED STATES DISTRICT COURT WESTERN, NEW YORK,
2120 - U.S. COURTHOUSE, 100 - STATE STREET
ROCHESTER   NEW YORK   14614 - 1387

(3)  DOCKET OR INDEX NUMBER(S): NONE

(4)  NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: NONE

PLNTF. BAXTER, SENT TO THE COURT SUPRA, THIS VERY SAME 1983 WITH MULTIPLE
EXHIBITS. ON AUGUST - 25 - 2019 THE 1983 WAS PLACE IN A SOUTHPORT MAIL BOX
HOWEVER NO DOC OR INDEX - OR - CV - NUMBER, AND AFTER SEVERAL INQUIRY'S
NO RESPONSE. SO PLNTF. BAXTER HAS PRESUMED THE 1983 NEVER LEFT THE
SOUTHPORT CORR. FAC. BECAUSE ON SEPT - 9 - 2019 PLNTF. BAXTER PLACE A 1983

PLACE A 1983 IN A SOUTHPORT MAILBOX AND NINE DAYS LATER RECEIVED CV-# 19CV6679. HOW IS THAT? A 1983 FROM AUGUST-25-2019 DID NOT GET A NUMBER, BUT 1983 FROM SEPT-9-19 GOT A NUMBER? PLNTF. BAXTER IS UNDER THE STRONGEST IMPRESSION THAT MAILROOM STAFF IS ONLY ALLOWING CERTAIN "LEGAL MAIL" TO GO OUT OF THIS FACILITY OR COME IN HOW DO YOU EXPLAIN THIS THEN?

DFDNT = DEFENDANT
PLNTF. = PLANTIFF
M.B.R. = MISBEHAVIOR REPORT

Disposition (check the statements which apply):

_____ Disposition (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- ⓞDue Process
- ⓞEqual Protection

- ⓞAccess to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure   ⓞ UNLAWFUL IMPRISONMENT
- Malicious Prosecution   ⓞ RETALIATION-CONSPIRACY
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

5.  The approximate date the action was filed: _____

6.  What was the disposition of the case?

        Is it still pending?  Yes_____  No_____

           If not, give the approximate date it was resolved. _____

        Disposition (check the statements which apply):

    _____ Dismissed (check the box which indicates why it was dismissed):

        _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim
             upon which relief can be granted;

        _____ By court for failure to exhaust administrative remedies;

        _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court
             order;

        _____ By court due to your voluntary withdrawal of claim;

    _____ Judgment upon motion or after trial entered for

        _____ plaintiff

        _____ defendant.

B.  Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes_____    No_____

If Yes, complete the next section.  NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment,*
*use this same format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
        Plaintiff(s):  JASON BAXTER

        Defendant(s):  HAROLD D. GRAHAM / NASSAU COUNTY / NYS DOCCS

2.  District Court:  EDNY - 100 FEDERAL PLAZA CENTRAL ISLIP, NY 11722

3.  Docket Number:  15-CV-3197

4.  Name of District or Magistrate Judge to whom case was assigned:  HON JOSEPH F. BIANCO

5.  The approximate date the action was filed: _____

6.  What was the disposition of the case?

        Is it still pending?  Yes **X**  No_____

           If not, give the approximate date it was resolved. _____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __X__ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? __X__ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

DAMAGES, RELEASE FROM THE S.H.U.

_____

_____

Do you want a jury trial? Yes__X__ No_____

(A) CLAIM. ON MARCH-5-2019 — MARCH-12-2019

DEFENDANTS: PAUL PICCOLO AND/OR TIMOTHY HEATH OR
JOHN-JANE DOE MOVEMENT + CONTROL
PICCOLO-SUPERINTENDENT/HEATH-DEPUTY SUPERINTENDENT

DID THE FOLLOWING TO ME: ACTING UNDER COLOR OF STATE LAWS), DID CONSPIRER WITH SUBORDINATE'S TO RETALIATE ON PLANTIFF BAXTER, BECAUSE OF PROTECTED CONDUCT FILING: GRIEVANCE'SSS/LAW-SUITS/P.R.E.A. COMPLAINT'S HAD BAXTER MOVED FROM THE D-BLOCK HOUSING UNIT WHERE C.O-B.COON WHO WAS THE SUBJECT OF SAID PROTECTED CONDUCT. PREA + GRIEVANCE COMPLAINT'SSS. HAS A STEADY POST, HOWEVER THAT WAS PRETEXTUAL, THE REAL REASON(S) WAS BECAUSE: AFTER BEING DENIED PHONE-CALLS FOR (5) FIVE MONTH'S BY CAPTAIN WAGNER (SEE 19-CV-6077) ON MARCH-5-2019 BY PHONE PLNTF. BAXTER FILED A P.R.E.A. COMPLAINT ON C.O-COON PER #777. SO MEMBER'S OF THE "BLUE WALL KLAN" CONSPIRERED TO RETALIATE ON BAXTER FOR FILING THAT P.R.E.A COMPLAINT, BETWEEN MARCH-5-2019 + MARCH-12-19 C.O-L.BUTLER #A THE BLUE SUNFLOWER, STARTED WORKING IN D-BLOCK TO OBTAIN A VISUAL DESCRIPTION OF BAXTER, AFTER L.BUTLER OBTAIN THAT DESCRIPTION BAXTER WAS MOVED FROM D-BLOCK TO B-BLOCK, AT ONE TIME BAXTER WAS HOUSED IN B-BLOCK, HOWEVER BAXTER WAS MECHANICALLY RESTRAINT AND ASSAULTED BY SEVERAL CORRECTION OFFICER'S IN B-BLOCK AND THAT WAS THE REASON(S) BAXTER WAS MOVED TO D-BLOCK, IT HAS CAMERA'S + MICROPHONE'S ALL OVER THE BLOCK. BOTH DFDNT. PICCOLO + HEATH WAS WELL AWARE OF THIS, YET DEEM IT FIT FOR BAXTER TO RETURN TO B-BLOCK, WHICH HAS NO CAMERA'S OR MICROPHONES. HOWEVER DFDNTS. PICCOLO-HEATH SEEM TO DEEM IT UNFIT FOR BAXTER TO BE HOUSED ON THE 3ʳᵈ FLOOR WITH THE NORMAL/REGULAR PIMS LEVEL 3 INMATE'S, AND PLACE BAXTER ON A MEDICAL GALLERY, FOR WHICH YOU NEED A MEDICAL PERMITT OR REASON(S) TO BE HOUSED ON THAT GALLERY. "BAXTER HAS/HAD NEITHER" WHO DID DFDNTS. PICCOLO-HEATH DEEM IT FIT FOR BAXTER TO BE HOUSED IN B-BLOCK "AGAIN" YET NOT FIT TO BE UPSTAIR'S ON THE 3ʳᵈ FLOOR? WHAT? THE C.O's WHO ASSAULTED BAXTER CANNOT GO ONTO/COME ON B-2-GALLERY? "NO" L. BUTLER WORKS THAT COMPANYS B-2 AT NITE AND AFTER L.BUTLER LOCATED BAXTER CELL. SHE FALSELY

SHE FALSELY ACCUSED BAXTER OF LEWD CONDUCT, SO BASICLY: BAXTER IS PRESSING/PURSUING P.R.E.A. CHARGES "(REAL ONE'S)" ON ONE OF US (C.O's) WE WILL RETALIATE IN "KIND". NOW IF DFDNTs. PICCOLO-HEATH WANTED TO SEPARATE BAXTER FROM THE STEAD'S WORK POST/BLOCK OF CO-COON, WHY DID BAXTER GET MOVED RIGHT BACK TO D-BLOCK AFTER L. BUTLER WROTE A MISBEHAVIOR REPORT ON FALSE CHARGES OF LEWD CONDUCT AND C.O. COON STILL WORK'S D-BLOCK? (Hmmm)

THE DA'S BAXTER WAS MOVED FROM D-BLOCK, BECAUSE OF HIS PROTECTED CONDUCT) BOTH DFDNTs. PICCOLO-HEATH MADE EXECUTIVE ROUND'S AND LOOK INTO BAXTER ASSIGNED CELL AND SEEN BAXTER PROPERTY PACK-UP.

(A) CLAIM. ON - APRIL-18-2019 & APRIL-30-2019/APRIL-2019

DEFENDANTS: ADAM DOLAWAY, RONALD H. KENNELL, JAME ESGROW

CORR. SERGEANT / CORR OFFICER              / COMMISSIONER OF HEARING(S)

DID THE FOLLOWING TO ME: ACTING UNDER COLOR OF STATE LAW(S)
AFTER BAXTER WAS RE-HOUSED BACK IN D-BLOCK, THE ABOVE STATED
DEFENDANT'S DENIED BAXTER DUE PROCESS OF LAW. ON THE DAY OF APRIL-
18-2019. PLNTF. BAXTER APPEARED AT A TIER 3 HEARING FROM A M.B.R.
WRITTEN BY LORRAINE S. BUTLER, AFTER BAXTER REQUESTED SEVERAL WITNESSES
AND DOCUMENTS AND DISPLAYED HIS INTENTION'S TO DEFEND AGAINST
THESE FALSE CHARGES, THE ABOVE STATED DEFENDANT'S THEN CONSPIRERED TO
RETALIATE AND DENIED BAXTER HIS DUE PROCESS, BY WAY OF ENFORCING
AN UNLAWFUL PRE-HEARING DEPRIVATION ORDER OUT OF ANIMUS MALICIOUS
RETALIATION. BAXTER HAS NOT BEEN FOUND GUILTY OF ANYTHING, AND DFDNT.
DOLAWAY OUT OF MALICE TRY TO FORCE BAXTER TO WEAR AN EXPOSER-SUIT
AND WHEN BAXTER REFUSED DFDNT. DOLAWAY, TOLD/ORDER DFDNT. KENNELL, WHO
WAS THE ESCORTING OFFICER, NOT TO TAKE BAXTER TO HIS HEARING, EVEN
WHEN BAXTER TOLD DFDNT. KENNELL "FACE TO FACE" I I WANT TO GO TO MY HEARING
I'm NOT GUILTY YET, SGT. DOLAWAY CANNOT DO THAT I IT FELL ON DEAF EAR'S
KENNELL CHOSE TO AID + ABBED HIS SUPERVISOR DOLAWAY, NOT THE LAW(S)
KNOWING IT WAS WRONG TO DO SO. AND WITH THE UPPER LEVEL AUTHORIZATION
A DEPUTY OR HIGHER CAN ONLY ISSUE DEPRIVATION ORDER(S). THE ONLY AND MOST
STRONGEST INFERENCE FROM RANKING DIGNITARY DEFENDANTS IN THIS DOCUMENTARY
COMPLAINT, IS BAXTER IS GUILTY NO MATTER WHAT TRUTH-EVIDENCE, HE PRESENT
TO THE "CONTRARY" "RESPONDENT SUPERIOR MUST ATTACH" THE HEARING OFFICER
DFDNT. ESGROW KNEW FROM BAXTER FIRST APPEARANCE, AND REQUEST OF WITNESSES
AND DOCUMENTS, PLNTF. BAXTER WAS GOING TO FIGHT "ALL THOSE FALSE CHARGES TO
THE END" AND DFDNT. ESGROW "NEVER VERIFIED BAXTER SUDDEN-ALLEGE-SPECIOUS
REFUSAL" THE NEXT PREJUDICIAL SPILLOVER EFFECT WAS A SECOND DENIAL OF
DUE PROCESS OF LAW.

As To The First Denial Of Due Process. From DFDNts- Dolaway-
Kennell - Esgrow - / Respondeat - Superior - Piccold - Heath.

(1)- Baxter Was Denied The Right To be Personally Present At The
     Hearing.

(2) Baxter Was Denied The Right To Call Witnesses In His Behalf.

(3) Baxter Was Denied The Right To Employee Assistant

(4) Baxter Was Denied The Right To Hear Evidence Against Him.

(5) Baxter Was Denied The Right To Respond To Said Evidence Prior
     To The Disposition By The Hearing Officer.

(6) Baxter Was Denied The Right To Present + Marshal Documentary
     Evidence.

(7) Baxter Was Denied An Impartial Hearing Officer.

(8) Baxter Was Denied The Right To Be Present While Witnesses
     Testified.

(9) Baxter Was Not Heard At A Meaningful Time Or In
     Anyway.

(A) CLAIM: ON APRIL-19-2019 + APRIL-29-2019

DEFENDANTS: RICHARD GANTERT, PETER SCHMITT, EDWARD THATCHER
CORRECTION LIEUTENANT, SERGEANT, CORRECTION OFFICER

DID THE FOLLOWING TO ME: ACTING UNDER COLOR OF STATE LAWS, THE ABOVE STATED DEFENDANTS DID DENIED DUE PROCESS TO BAXTER DFDNT. SCHMITT ENFORCEMENT OF AN UNLAWFUL-DEPRIVATION ORDER WAS WAS ONE REASON WHY BAXTER NEVER RECEIVED HIS PROCESS DUE. DFDNT. THATCHER CAME TO ESCORT BAXTER TO HIS HEARING AND FACE TO FACE BAXTER INFORMED DFDNT. THATCHER (ESCORTING C.O.) THAT [I WANT TO GO TO MY HEARING] DFDNT. THATCHER CHOSE TO STAND-BY SUPERVISOR SCHMITT AND NOT THE LAW(S) AND ESCORT BAXTER TO THE HEARING AND THE HEARING OFFICER DFDNT. GANTERT, REFUSED TO VERIFY THE SPECIOUS REFUSAL PER HIS OWN REGULATIONS, AND "THAT WAS DUE PROCESS LAST HOPE."

(1) BAXTER WAS DENIED THE RIGHT TO BE PERSONALLY PRESENT AT THE HEARING.

(2) BAXTER WAS DENIED THE RIGHT TO CALL WITNESS(ES) IN HIS BEHALF.

(3) BAXTER WAS DENIED THE RIGHT TO EMPLOYEE ASSISTANT.

(4) BAXTER WAS DENIED THE RIGHT TO HEAR EVIDENCE AGAINST HIM.

(5) BAXTER WAS DENIED THE RIGHT TO RESPOND TO SAID EVIDENCE PRIOR TO THE DISPOSITION OF THE HEARING OFFICER

(6) BAXTER WAS DENIED THE RIGHT TO PRESENT + MARSHAL DOCUMENTARY EVIDENCE

(7) BAXTER WAS DENIED IMPARTIAL HEARING OFFICER

(8) BAXTER WAS DENIED THE RIGHT TO BE PRESENT WHILE WITNESS(ES) TESTIFIED

(9) BAXTER WAS NOT HEARD AT A MEANINGFUL TIME OR IN ANY WAY

(A) CLAIM: ON APRIL-29-2019 / MAY-2019 / JUNE-2019

DEFENDANT: PETER S. SCHMITT   CORRECTION SERGEANT

DID THE FOLLOWING TO ME: ACTING UNDER COLOR OF STATE LAW(s) DID ANIMUSLY RETALIATE AND INVIDIOUSLY DISCRIMINATE AGAINST PLNTF. BAXTER: (1) DFDNT. SCHMITT CONTINEOUSLY SUBMITTED RESTRAINT ORDER'S WHICH WAS FALSE BUT NONE THE LESS APPROVED BY DFDNT. HEATH AND INMATE(s) CANNOT ADVANCE TO PIMS LEVEL 2 UNTIL (30) THIRTHY DAY'S AFTER THE THE RESTRAINT ORDER HAS BEEN DISCONTINUED, AND AFTER WEEKS OF FALSE RESTRAINT ORDER(s) SUBMITTED BY SCHMITT APPROVED BY HEATH. WHEN DFDNT. SCHMITT COULD NOT GET ANOTHER ORDER, HE THEN STARTED HIS INVIDIOUS DISCRIMINATION AND INMATE'S WHO CAME TO D-BLOCK AFTER BAXTER WITH DEPRIVATION ORDER'S DISCONTINUED BY SCHMITT, AND ALLOWED A WHITE INMATE TO ADVANCE, DFDNT. SCHMITT EVEN PUT SAID INMATE IN A LEVEL 3 CELL JUST SO HE SCHMITT CAN SAY THERE'S NO LEVEL 2 CELL AVAILABLE, SO YOU CANNOT ADVANCE YET BAXTER.

THESE INMATE'S WAS LATINO AND HAD JUST GOT RESTRAINT ORDER'S DEPRIVATION ORDER'S AND A TIER 3 TICKET PLUS DEPRIVATION ORDERS
SHAWN KING 17R3042 (LATINO) / BRYAN REDDEN 18A1D16 (WHITE)
GARCIA-D-A-3CELL           / RAMEREZ D-A-1DCELL (LATINO) RAMEREZ
WAS WRITTEN-UP BY L.BUTLER FOR LEWD CONDUCT AND NOT ONCE DID DFDNT SCHMITT ENFORCE THE EXPOSER-SUIT UPON HIM / GARCIA HAD A SHOWER DEPRIVATION ORDER, IN FACT ALL SACTIONS WAS DISCONTINUED SO THAT THESE INMATE'S CAN FILL-UP THE LEVEL TWO CELL'S, SO THAT BAXTER CANNOT ADVANCE ONE WAY OR THE OTHER

(A) Claim: On April-5-2019 Threw May-10-2019

Defendants: Adam Dolaway Correction Sergeant

Peter S. Schmitt Correction Sergeant

Did The Following To Me: Acting Under Color of State Law Did Deny Plntf. baxter Recreation For (1) One Month And (5) Five Day's strait, Denied baxter His Mental Health Call's-Out's (2) Two And The Barber-shop And Created A Stigma-Plus By Placing A 9x15 (Neon Green with Bold black Letter's) sign on The Front Door of baxter Cell That Stated "EXPOSER" For All Outside Guest And Facility's Staff To See Everyday~Everytime They Walk Past Baxter Cell.

The Conditions Of This S.H.U. Only Institution Call "Southport" The Most Punitive Of The NewYork State Systems Facilitys, A Facility Where Protective Custody or Administrative Segregation Are "Not Housed" baxter Has To Endure The following At This "Southport Facility's D-Block Punitive Segregation Unit"

(1) The Cell(s) Is Infested with Spider's.

(2) The Cell(s) Have mole On The Wall's

(3) There Are Mice running In Out Of The Cell All Nite Long.

(4) The (30") Thirth's Inch Light Is On All Day's From 6:00 a.m To 11:15pm No Light Switch Inside The Cell.

(5) Your Placed In Another Cage For Exercise, Instead of An Open Space.

(6) No Congregate Activity At This S.H.U. Other S.H.U. Has Such Rec.

(7) The Hygienic Condition Far Far Inferior To General Population Once A Week Your Allowed Wet Cell Clean-Up which Consist of Toilet Brush - One watered Down Light Green Disenfection

(8) DEFAULTS PLUMING, THE NEIGBHORING CELL FLUSHES AND THE
WASTE FLOATS UP INTO YOUR TOLIET

(9) 1oz SOAP-BAR's TO TAKE SHOWER WITH, (1) ONE Small-CUP of
TOOTHPASTE

(10) COMMUNICATIONS WITH FAMILY-FRIENDS IS AT A "ALARMING
LOW" "IN ANY COMPARISON"

(11) YOUR RESTRAINT WHENEVER YOUR OUTSIDE YOUR CELL, EVEN AT
RECREATION.

(12) SMALLER FOOD PORTIONS / NO VITAMINS SUPPLEMENT(S)

(A) CLAIM: ~~ON   MAY-2019~~   JUNE-19-2019

DEFENDANT: JOSEPH BRADLEY - CORRECTION CAPTAIN

DID THE FOLLOWING TO ME: ACTING UNDER COLOR OF STATE LAW(S) DID RETALIATE ON PLNTF. BAXTER BY WRITING A MISBEHAVIOR REPORT FROM AN ALLEGE INCIDENT THAT HAPPEN IN APRIL-2019, THIS WAS DONE AFTER DFDNT. BRADLEY WAS SERVED BY THE UNITED STATES MARSHAL THEN DFDNT. BRADLEY SHOWED MORE ADVERSE ACTION BY CONDUCTING A LATE HEARING FOR M.B.R. WROTE ON MAY-31-2019 IN WHICH THE ELECTRONIC WITNESS SHOWED CONTRARY TO THE M.B.R. DFDNT. BRADLEY SANCTION ONE (1) YEAR IN THE S.H.U. UPON PLNTF. BAXTER NEW YORK HAS WELL SETTLED LAW(S) THAT AT SOMEPOINT A PRISONER CONFINED IN SEGREGATION UNIT MUST HAVE HIS STATUS EXAMINED BY PRISON OFFICIAL AND BE ACCORDED SOME SORT OF HEARING AS TO GROUNDS FOR THE CONTINUED CONFINEMENT, WHEN STATE MANDATES SUCH HEARING NO LATER THAN 14 DAY'S AND PRISONER CONFINEMENT CONTINUES WITHOUT A HEARING FOR 20 DAY'S A PROTECTED LIBERTY INTEREST HAS BEEN VIOLATED. NEW YORK REGULATION ITSELF GAVE DFDNT BRADLEY CLEAR NOTICE THAT A HEARING COULD NOT BE CONDUCTED BEYOND 14 DAY'S WITHOUT PROPER APPROVAL. DFDNT BRADLEY WAS HELL-BENT ON RETALIATING ON BAXTER: (1) FRAUDULENT DOCUMENTS (2) CALCULATED CELL SEARCHE'S /(3) MALICIOUS PROSECUTION /(4) UNLAWFUL — IMPRISONMENT IN THE S.H.U.

THE MISBEHAVIOR REPORT WAS A RE-ISSUE FROM AN APRIL-25-2019 ALLEGE INCIDENT, THIS HEARING WAS COMPLETED ALLEGELY MAY-8-2019 "HOW WAS DFDNT. BRADLEY ALLOWED TO RE-ISSUE IT LATE?"

(A) CLAIM: ON MAY-2019 / JUNE-2019 / JULY-2019

DEFENDANT: BART WAGNER - CORRECTION CAPTAIN

DID THE FOLLOWING TO ME: ACTING UNDER THE COLOR OF STATE LAW DID RETALIATE ON PLNTF. BAXTER BECAUSE OF PROTECTED CONDUCT OF FILING GRIEVANCE'S / LAW-SUITS / PREA COMPLAINTS / ITS REAL IMPORTANT TO CONSIDER WHO AUTHORIZE THE SEARCH'S OF PLNTF. BAXTER CELL TIMING OF THE SEARCHES AND FREQUENCY, THE REASON'S AND DFDNT. WAGNER ISSUED SEVERAL UNLAWFUL DEPRIVATION ORDER'S AS WELL AS AIDED + ABBED THE UNLAWFUL IMPRISONMENT IN THE S.H.U. OF PLNTF. BAXTER, BOTH DFDNTS. WAGNER + BRADLEY CONTROL THE SOUTHPORT DISCIPLINARY OFFICE "EVERYTHING" DISCIPLINARY GOE'S THREW THERE OFFICE EVEN F.O.I.L REQUEST EMPLOYEE ASSISTANT MUST SUBMIT REQUEST OF EVIDENCE FOR A HEARING TIER 2 OR 3 TO DFDNTS WAGNER + BRADLEY OFFICE. FOR THE INMATE(S) REQUEST OF EVIDENCE TO BE FORFILL, AS WELL AS ALL HEARING DISPOSITION(S) - TAPE(S) - DEPRIVATION ORDER(S) - RESTRAINT ORDER(S) - COPY'S ORIGINAL GO TO / GO THREW DFDNTS. WAGNER + BRADLEY OFFICE AND WAS WELL AWARE OR SHOULD HAVE KNOWN OF BAXTER UNLAWFUL IMPRISONM IN THE S.H.U. / DFDNTS. WAGNER + BRADLEY SELECTIVELY MAINTAIN ANIMUS - MERITLESS DISCIPLINARY PROCEEDING'S - DEPRIVATION ORDER'S RESTRAINT ORDER'S BECAUSE OF PLNTF. BAXTER PROTECTED CONDUCT

8th AMENDMENT OF THE UNITED STATES CONSTITUTION IS BASED ON THE DEFENDANTS WILLING MALICIOUSNESS TO RETALIATE AND VIOLATE BAXTER RIGHT(S) TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, BY PUNISHING BAXTER "SEVERELY" FOR ACTS FOR WHICH HE WAS NOT CULPABLE AND DEFENDANTS INFLICTION OF PUNISHMENT WHICH WAS "GROSSLY" DISPROPORTIONATE TO THE INFRACTION(S) ALLEGED TO HAVE OCCURED AND "SHOCKING TO THE CONSCIENCE(S)""TOTALLY WITHOUT PENOLOGICAL JUSTIFICATION."

THE ONLY OPPORTUNITY FOR AN INMATE TO BE HEARD ON MATTERS OF HIS CONFINEMENT IS AT A DISCIPLINARY HEARING WHERE HIS GUILT OR INNOCENCE WILL BE DETERMINED NO HEARING'S - UNLAWFULLY IMPRISONED - MULTIPLE FORMS OF RETALIATION(S) PLAINLY EXCEED ALL BOUNDARIES OF PENOLOGICAL INTEREST - REASONABLENESS - JUSTIFICATION

(A) CLAIM. ON APRIL-2019 — AUGUST-2019

DEFENDANTS: PICCOLO/HEATH/BRADLES/WAGNER/GANTERT/GIRIBALDI
COON/KITTS/STROMAN/ESGROW/

DID THE FOLLOWING TO ME: ACTING UNDER COLOR OF STATE LAW(S)
DEDNTS. SGT. GIRIBALDI - CO-COON - CO KITTS - CO-STROMAN ALL RETALIATED
ON PLNTF. BAXTER FOR HIS PROTECT CONDUCT OF FILING GRIEVANCES, THESE
DEDNTS - GIRIBALDI - COON-KITTS- STROMAN WROTE OR ENDORSED MISBEHAVIOR
REPORTS AND ALL STATED DEFENDANTS USED M.B.R. TO UNLAWFULLY
IMPRISON BAXTER INSIDE THE S.H.U. / "AT NO TIME DID BAXTER
CONSENT TO THIS UNLAWFUL IMPRISONMENT" AND WAS "WOKE" BY
DEDNT. BRADLES TAMPERING WITH THE DISPOSITION HE RENDERED,
KNOWING BAXTER WOULD REQUEST TAPE TO PERFECT AN APPEAL, DEDNT. BRADS
INTENTIONALLY WITH MALICE PUT THE WRONG HEARING TAPE (#) NUMBER
AND CAUSE BAXTER TO BE "WOKE" TO THIS UNLAWFUL IMPRISONMENT "FULLY"
ALL DEFENDANTS STATED ABOVE, DID CONSPIRER TO UNLAWFULLY IMPRISON
BAXTER AS WELL AS DENY DUE PROCESS OF LAW AND ACCESS TO THE
COURT(S) / UNLAWFUL IMPRISONSMENT - DEDNT. ESGROW HAS BEEN DEEM THE
HEARING OFFICER FOR BOTH/ALL MISBEHAVIOR REPORTS ON 4-25-19 AND
MAY-1-2019 / ITS IMPORTANT TO LOOK AT THE PENALTS OF DISPOSITION'S
OF ESGROW AND GANTERT FROM HEARING'S (THAT CONSTITUTE THE FIRST
TWO DUE PROCESS VIOLATIONS) COMPLETED IN APRIL-2019, DEDNT
ESGROW IMPOSED A PENALTY FROM THE APRIL HEARING THAT WAS TO START
SEPT-2-2019, HOW CAN DEDNT ESGROW IMPOSE A DISTANT SANCTION FOR
SEPTEMBER - 2019 AND ITS APRIL-2019 AND THE MAY-1-2019 M.B.R. HAVE
NOT BEEN WRITTEN, NORE HAS THE HEARING BEEN COMPLETED, NOT UNTIL
MAY-8-2019 "ALLEGELS" DEDNT. ESGROW IS WELL AWARE OF THE (5½)
FIVE + HALF MONTHS WHICH "FAKE" HEARING'S HE DID ALLEGELS

DFDNT. ESGROW WAS WELL AWARE OF THE UNLAWFUL IMPRISONMENT AND HE KNOWS HE NEVER HELD ANY HEARING'S TO JUSTIFY THE FIVE + HALF MONTHS OF UNLAWFUL IMPRISONMENT IN THE S.H.U/ DFDNT GANTERT ADVERSE DISPOSITION FROM A HEARING COMPLETED IN APRIL-29-2019 IN ABSENTIA, THE PENALTY'S IMPOSED DOES NOT START UNTIL 9-2-2019 AND ENDS 10-2-2019. HOW CAN THAT BE? THE HEARING WAS COMPLETED IN APRIL-29-2019 MAY-1-2019 M.B.R. HAVE NOT BEENS WRITTEN OR COMPLETED UNTIL MAY-8-2019? LIEUTENANT GANTERT (WATCHCOMMANDER) AND COMMISSIONER OF HEARING'S OFFICER ESGROW AIDED AND ABBEDDED THIS UNLAWFUL IMPRISONMENT

BOTH DFDNTs. BRADLEY + WAGNER KNEW-SHOULD HAVE KNOWN, THAT THERE OFFICE NEVER ASSIGNED AN EMPLOYEE ASSISTANT/NEVER RECEIVED A REQUEST FOR EVIDENCE / A DISPOSITION / A HEARING TAPE / NORE DID A WITNESS REQUEST OR REFUSAL FORMS / NOT EVEN ASSIGNING A HEARING OFFICER ETC... THESE TWO CAPTAIN'S AIDED AND ABEDDED AN AN UNLAWFUL IMPRISONMENT AND FORGED DOCUMENTS TO TRY AND COVER IT UP / MALICIOUS ADVERSE ACTION'S.

DFDNTs- GIRIBALDI- COON- STROMAN- KITTS- ESGROW, ALL KNOW FULL AND WELL THAT AT NO TIME DID THEY APPEAR OR TESTIFY AT A TIER 3 HEARING AND AT NO TIME WAS PLNTF. BAXTER TAKEN OUT OF HIS ASSIGN CELL TO BE ESCORTED TO A HEARING, ALL THESE DFDNT (EXCEPT ESGROW) HAVE A STEADY POST IN D-BLOCK SEGREGATION UNIT

PLNTF. BAXTER UNLAWFUL IMPRISONMENT WAS ALSO DONE SO THAT BAXTER COULD NOT LEAVE THE JURISDICTION OF CHEMUNG COUNTY AND THEREFORE COULD BE MALICIOUSLY PROSECUTED BY THE FRAUDULENT EVIDENCE COOK-UP BY DFDNT. CAPTAIN JOSEPH BRADLEY / HOPEFULLY BRADY AND STRICKLEN WON'T HAVE TO "FREE" BAXTER FROM A MALICIOUS PROSECUTION, WRONGFUL CONVICTION FROM FALSE EVIDENCE SUBMITTED TO A GRAND JURY, WITH THE MALICE INTENTION OF SUBMITTING THAT AND MORE TO A JURY, PLNTF. BAXTER "BEGG'S" JUSTICE LARIMER FOR A FEDERAL INJUNCTION TO THIS MALICIOUS STATE PROSECUTION.

DFDN's: SUPERINTENDENT PAUL PICCOLO AND DEPUTY SUPERINTENDENT TIMOTHY HEATH WAS WELL AWARE OF PLNTF. BAXTER UNLAWFUL IMPRISONMENT BY WAY OF THEM BEING NOTIFIED ON THERE EXECUTIVE ROUND'S AND GRIEVANCE COMPLAINTS, ON ROUND'S AND THEY SAID [ WE WOULD KNOW IF YOUR BEING UNLAWFULLY DETAINED AT "MY" FACILITY YOUR NOT, YOU HAVE SEVERAL M.B.R. TO KEEP YOU HERE ] A SIMILAR RESPONSE CAME FROM DEPUTY SUPERINTENDENT SECURETY T. HEATH IN THE GRIEVANCE RESPONSE, NO REAL INVESTIGATION EVER TOOK PLACE NOT EVEN ANOTHER CELL SIDE INTERVIEW FROM ANY SO-CALL SUBORDINATE(S) AS THATS THE "NORMAL PROCEDURE"/RESPONDEAT SUPERIOR MUST BE ATTACH

DUE PROCESS OF LAW VIOLATION AS TO BOTH THESE IMAGINARY TIER 3 HEARING's

(1) BAXTER ALLEGE'S NO HEARING'S TOOK PLACE.

(2) BAXTER WAS DENIED THE RIGHT TO BE PERSONALLY PRESENT AT THESE "FAKE" HEARING'S

(3) BAXTER WAS DENIED THE RIGHT TO CALL WITNESS(ES) IN HIS BEHALF.

(4) BAXTER WAS DENIED THE RIGHT TO EMPLOYEE ASSISTANT.

(5) BAXTER WAS DENIED THE RIGHT TO HEAR EVIDENCE AGAINST HIM.

(6) BAXTER WAS DENIED THE RIGHT TO RESPOND TO SAID EVIDENCE PRIOR TO THE DISPOSITION

(▼) BY THE HEARING OFFICER.

(7) BAXTER WAS DENIED THE RIGHT TO PRESENT + MARSHAL DOCUMENTARY EVIDENCE IN HIS BEHALF

(8) BAXTER WAS DENIED THE RIGHT TO A DISPOSITION OF THE EVIDENCE RELIED UPON TO ESTABLISH BAXTER GUILT

THE PREJUDICIAL SPILLOVER EFFECT WAS BAXTER BEING DENIED ACCESS TO THE COURT(S), BAXTER COULD NOT / DID NOT PERFECT AN APPEAL OR ARTICLE 7800

PLNTF. BAXTER WAS DUE FOR RELEASE FROM THE S.H.U. APRIL-17-2019 AND CONTINUE CONFINEMENT "CANNOT-MUST NOT-BE JUSTIFIED" ON THE BASIS OF DISCIPLINARY VIOLATION(S) UNDER THESE CIRCUMSTANCE'S

(A) CLAIM : ON JULY- 2018 — JULY- 2019

DEFENDANTS: CORRECTION OFFICER'S: BRANDON COON/J. KITTS/R. STROMAN

CORRECTION SERGEANT K. MOORE

DID THE FOLLOWING TO ME: ACTING UNDER COLOR OF STATE LAW(S)
DID CONSPIRER TO RETALIATE ON PLNTF. BAXTER FOR/BECAUSE OF BAXTER
PROTECTED CONDUCT OF FILING MULTIPLE GRIEVANCE'SSS, AND P.R.E.A COMPLAINT'sss
AGAINST DFDNT COON WHICH LEAD TO DFDNT COON LEAVE OF ABSENCE
"PENDING P.R.E.A. INVESTIGATION"/"AFTER, DFDNTS HAD A MEETING
OF THE MIND" AND CONSPIRERED TO RETALIATE ON BAXTER BY WAY OF
DISCIPLINARY ACTION I.E MISBEHAVIOR REPORT'S, AND SGT. K. MOORE BY
WAY OF DEPRIVATION ORDER'S AND MISBEHAVIOR REPORT(S).

THE ATTACH EXHIBIT'S ARE A LITE/SMALL EXAMPLE OF THE COUNTLESS
GRIEVANCE'SSS COMPLAINTS FILED AGAINST DFDNT. COON, WHO ALWAYS
ENDORES THE OTHER DFDNTS KITTS- STROMAN M.B.R./ALL THE M.B.R.
ARE RETALITORY AND THREE TIME'S DFDNTS WAGNER + BRADLEY
DENIED PLNTF. BAXTER EVIDENCE TO PROVE KITTS-STROMAN-MOORE MRR.
ARE FALSE ACCUSATIONS WRITTEN OUT OF MALICE ANIMUS RETALIATION
DFDNT. COON CONTINUED TO HARASS BAXTER BY UNHYGIENIC ACTS AND
STALKING/THE UNHYGIENIC ACTS DENYING BAXTER CELL CLEAN-UP/
SWITCHING BAXTER SHAVING RAZOR WITH AN UNKNOWN INMATE/WATCHING
BAXTER GET STRIP SEARCH BY ANOTHER C.O./VERBALLY SEXUALLY HARASSING
HOLDING BAXTER HAND WHILE TAKEN THE HANDCUFF OFF./SO "DFDNTS
COON- KITTS- STROMAN BANDED TOGETHER TO RETALIATE"

If These Proceeding's Move or Terminate Into A Trial Plntf. Baxter will Move For Discovery To show + Prove After The Filing of The P.R.E.A. Complaint By Phone All These Adverse Action Took Place from Moving Baxter To Another Housing Unit.

To Prove Baxter Protected Conduct was The Reason(s) For The Adverse Action Against Him.

Please Take Further Notice, That These Grievance Complain'sss Reflect The History And On Going Harassment / Sexually Harassment And Its Because of Baxter's Protected Conduct

The May-1-2019 Grievance Cause Dfdnt. Coon-Stroman-Kitts back up his There Supervisor To Write-Endorse M.B.R.

Other Protected Conduct Cause These Defendants Mentioned In These Complaints To Band Together Consdirer And Retaliate On Baxter

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9- 24- 2019_____

(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Jason Dafter_

Signature(s) of Plaintiff(s)

United States District Court

Western District of New York

Jason Baxter (Plantiff)

Verification

-V-

Piccolo / Heath / Bradley / Wagner / Gantert / Polaway / Schmitt
Giribaldi / Moore / Esgrow / Coon / Kitts / Stroman / E. Butler /
L. Butler / Kennell / Thatcher / John Doe / Jane Doe

Pro-se Plantiff Jason Baxter, Deposes and says: That on
_____ 2019, Plntf. Baxter Submitted An Complaint
under 42 U.S.C. § 1983 To The United States District Court. And Plntf.
Baxter Hereby Verify's The Complaint, The Matters Stated In
The Complaint Are Just-Accurate-True-Account of Events
Stated In The Complaint. To Plntf. Baxter Own
Knowledge, Under Penalty of Perjury The Foregoing Is
True And Correct Complaint.

Excuted At Pinecits New York _____ 2019

Jason Baxter

Jason Baxter

10 A 3096

Verified

Bryan Redden 18A1016
Southport Corr. Fac.
P.O. Box-2000
Pinecity, NY 14871-2000

UNITED STATES (WDNY)
SEP 30 2019
BUFFALO

Chief Federal Court Clerk
200 - U.S. Courthouse
2- Niagara Square
Buffalo, New York 14

JS 44 (Rev. 05/17)

# CIVIL COVER SHEET

19 CV 6722 L

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** JASON I. BAXTER (PRO-SE)

**DEFENDANTS** PICCOLO, ET AL.

**(b)** County of Residence of First Listed Plaintiff CHEMUNG
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant CHEMUNG
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* SOUTHPORT
P.O. BOX 2000
PINE CITY NY 14871-2000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 380 Other Personal Property Damage | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☒ 550 Civil Rights | | | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 42 U.S.C. § 1983

Brief description of cause: 1ST AMEND 8TH 14TH AMEND U.S. CONST.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 590,995,995

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE 9-24 2019

SIGNATURE OF ATTORNEY OF RECORD   Jason Baxter PRO-SE

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____